1  DANIEL J. BRODERICK, #89424
   Acting Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   THOMAS FREDERICK
7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      )  No. CR. S-06-096 LKK
                                    )
14                 Plaintiff,       )
                                    )  **ORDER AFTER HEARING** (PROPOSED)
15       v.                         )
                                    )
16  THOMAS FREDERICK,               )
                                    )
17                 Defendant.       )  Judge: Hon. Lawrence K. Karlton
                                    )
18  _____ )

19

20       At the status conference on April 11, 2006, the parties requested

21  and the Court ordered a one-week continuance to April 18, 2006, at 9:30

22  a.m., at which time the parties anticipate defendant will change his plea

23  to the information.  This order memorializes that hearing.

24       IT IS SO ORDERED.

25

26  Dated: April 13, 2006              /s/ Lawrence K. Karlton
                                       HON. LAWRENCE K. KARLTON
27                                     United States District Judge

28