DANIEL J. BRODERICK, #89424
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THOMAS FREDERICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-06-096 LKK |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING HEARING RE** |
| v. ) | **RESTITUTION** |
| ) | |
| THOMAS FREDERICK, ) | |
| ) | Date: October 24, 2006 |
| Defendant. ) | Time: 9:30 a.m. |
| ) | Judge: Hon. Lawrence K. Karlton |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Thomas Frederick, that the hearing on restitution scheduled for October 24 may be continued to December 19, 2006, at 9:30 a.m.

When the Court sentenced Mr. Frederick on June 27, 2006, the government did not have evidence to establish the amount of restitution and requested additional time. On September 21, 2006, the government provided to defense counsel information concerning the restitution amount. On September 26, 2006, defense counsel requested additional time

to consult with Mr. Frederick but has not been able to do so because the Bureau of Prisons will not provide his current whereabouts (they list him as "in transit"). Accordingly, defense counsel seeks additional time to consult with Mr. Frederick before responding to the government's proffer. (Defense counsel also notes, for the record, his promise to the government not to raise an objection based on delay occurring *after* September 26, 2006.)

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: October 20, 2006         /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for THOMAS FREDERICK

                                        McGREGOR SCOTT
                                        United States Attorney

Dated: October 20, 2006         /s/ T. Zindel for M. Segal
                                        MATTHEW SEGAL
                                        Assistant U.S. Attorney

## O R D E R

The hearing is continued to December 19, 2006, at 9:30 a.m.

IT IS SO ORDERED.

Dated: October 23, 2006

                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT