McGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>     v.                              )<br>                                     )<br> THOMAS DALE FREDERICK,              )<br>                                     )<br>                                     )<br>            Defendant.               )<br>_____) | CR. No. 06-96 LKK<br><br>STIPULATION AND<br>ORDER ON RESTITUTION |

   The parties stipulate and agree that the appropriate restitution to identifiable victims is $1,800.00.  Each victim and loss amount can be found on the attached table, which is incorporated herein and stipulated to be true.

//
//
//
//
//
//
//
//

1

1   The parties request that the Court order restitution to each
2 victim on the attached table in corresponding amounts and that
3 the Court take this matter off calendar.

4                                       Respectfully Submitted,

5                                       McGREGOR W. SCOTT
                                        United States Attorney
6

7
    DATE: December 14, 2006      By:    /s/ Matt Segal
8                                       MATTHEW D. SEGAL
                                        Assistant U.S. Attorney
9

10
    DATE: December 14, 2006             /s/ Timothy L. Zindel
11                                      TIMOTHY L. ZINDEL
                                        Counsel for the Defendant
12

13

14  **SO ORDERED.**

15  DATED: December 15, 2006

16

17
                                  _____
18                                LAWRENCE K. KARLTON
                                  SENIOR JUDGE
19                                UNITED STATES DISTRICT COURT

20

21

22

23

24

25

26

27

28

                                    2